```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 18545
   WILLIE MAE SCOTT
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8553

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/09/2007 and was not confirmed.

     The case was dismissed without confirmation 03/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED           .00          .00
AMERICAS SERVICING COMPA CURRENT MORTG        .00           .00          .00
AMERICAS SERVICING COMPA MORTGAGE ARRE   20891.48           .00          .00
PEOPLES GAS LIGHT & COKE UNSECURED        3611.68           .00          .00
PEOPLES GAS LIGHT & COKE SECURED              .00           .00          .00
ARNOLD KAPLAN            DEBTOR ATTY          .00                        .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      --------------       --------------
TOTALS                     .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 06/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```